LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

LOCKE LORD LLP
Thomas J. Cunningham (SBN 263729)
tcunningham@lockelord.com
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 687-6738
Fax: (213) 485-1200

Attorneys for Defendant
MegaStar Financial Corp.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARTINDALE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEGASTAR FINANCIAL CORP.,<br><br>Defendant. | CASE NO.: 2:20-cv-01983-MCE-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S RESPONSE DEADLINE**<br><br><br><br><br><br>Complaint Filed: October 2, 2020 |

Plaintiff Laurie Martindale ("Plaintiff") and Defendant MegaStar Financial Corp. ("MegaStar"), by and through their respective counsel of record, jointly stipulate and agree as follows:

///

///

1

STIPULATION AND ORDER
*Martindale v. MegaStar Financial Corp.* Case No. 2:20-cv-01983-MCE-DMC

## RECITALS

1. On October 2, 2020, Plaintiff filed the Complaint.  Dkt. 1.

2. On October 7, 2020, the Complaint was served on MegaStar. Dkt. 4.  Accordingly, its response to the Complaint is currently due no later than October 28, 2020.

3. Due to impending deadlines and upcoming holidays, the parties stipulate to extend the deadline for MegaStar to respond to the Complaint to December 9, 2020.

## STIPULATION

WHEREFORE, the Parties stipulate and agree:

1. The deadline for MegaStar to file a response to the Complaint is extended to December 9, 2020.

**IT IS SO STIPULATED.**

Dated:  October 20, 2020                            Respectfully submitted,

LOCKE LORD LLP


By:   */s/ Regina McClendon*
        Regina J. McClendon
        Thomas J. Cunningham
Attorneys for Defendant MegaStar Financial Corp.

Dated:  October 20, 2020                            Respectfully submitted,

BURSOR & FISHER, P.A.


By:   */s/ L. Timothy Fisher (as authorized on 10.20.20)*
        L. Timothy Fisher
        Philip Fraietta
Attorneys for Plaintiff Laurie Martindale

///

///

Pursuant to Local Rule 131(e), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document on October 20, 2020.

Dated: October 20, 2020                                          */s/ Regina McClendon*
                                                                                    Regina McClendon

## ORDER

Good cause appearing, IT IS HEREBY ORDERED THAT the deadline for defendant MegaStar Financial Corp. to respond to the Complaint of plaintiff Laurie Martindale is extended to December 9, 2020.

IT IS SO ORDERED.

Dated: October 22, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE