LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

LOCKE LORD LLP
Thomas J. Cunningham (SBN 263729)
tcunningham@lockelord.com
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 687-6738
Fax: (213) 485-1200

Attorneys for Defendant
MegaStar Financial Corp.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARTINDALE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEGASTAR FINANCIAL CORP.,<br><br>Defendant. | CASE NO.: 2:20-cv-01983-MCE-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: October 2, 2020 |

Plaintiff Laurie Martindale ("Plaintiff") and Defendant MegaStar Financial Corp. ("MegaStar"), by and through their respective counsel of record, jointly stipulate and agree as follows:

///

///

1

STIPULATION AND ORDER
*Martindale v. MegaStar Financial Corp.* Case No. 2:20-cv-01983-MCE-DMC

# RECITALS

1. On December 20, 2020, Plaintiff filed her first amended complaint. Dkt. 11.

2. On February 8, 2021, MegaStar timely filed its motion to dismiss the first amended complaint for failure to state a claim. Dkt. 14.

3. On November 16, 2021, the Court ruled on the motion to dismiss the first amended complaint, granting it in part and denying it in part. Dkt. 19. The Court set a deadline of December 6, 2021, for Plaintiff to file a second amended complaint if she wished to do so.

4. Plaintiff did not file a second amended complaint. Thus, MegaStar is required to answer the first amended complaint.

5. Due to impending deadlines and upcoming holidays, the parties stipulate to extend the deadline for MegaStar to answer to the first amended complaint to January 14, 2022.

# STIPULATION

WHEREFORE, the Parties stipulate and agree:

1. The deadline for MegaStar to answer the first amended complaint is extended to January 14, 2022.

**IT IS SO STIPULATED.**

Dated:  December 22, 2021                               Respectfully submitted,

                                                        LOCKE LORD LLP


                                                        By:   */s/ Regina McClendon*
                                                              Regina J. McClendon
                                                              Thomas J. Cunningham
                                                        Attorneys for Defendant MegaStar Financial Corp.

Dated: December 22, 2021                              Respectfully submitted,

                                                            BURSOR & FISHER, P.A.

By: */s/ Philip Fraietta (as authorized on 12.13.21)*
          L. Timothy Fisher
          Philip Fraietta
      Attorneys for Plaintiff Laurie Martindale

Pursuant to Local Rule 131(e), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document on December 13, 2021.

Dated: December 22, 2021                              */s/ Regina McClendon*
                                                               Regina McClendon

## ORDER

Good cause appearing, the Court GRANTS the parties' stipulation. The deadline for defendant MegaStar Financial Corp. to answer the first amended complaint of plaintiff Laurie Martindale is extended to January 14, 2022.

IT IS SO ORDERED.

Dated: December 22, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE