LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone:  (415) 318-8810
Fax:  (415) 676-5816

LOCKE LORD LLP
Thomas J. Cunningham (SBN 263729)
tcunningham@lockelord.com
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:  (213) 687-6738
Fax:  (213) 485-1200

Attorneys for Defendant
MegaStar Financial Corp.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARTINDALE, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>MEGASTAR FINANCIAL CORP,<br><br>  Defendant. | CASE NO.:  2:20-cv-01983-MCE-DMC<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br><br>Complaint Filed:  October 2, 2020 |

Pursuant to the stipulation filed by Plaintiff Laurie Martindale ("Martindale") and Defendant MegaStar Financial Corp. (collectively, the "Parties") on May 20, 2022 (ECF 30), the Court hereby orders that:

    a.    Martindale's claims are DISMISSED with prejudice.

    b.    The claims of the putative class are DISMISSED without prejudice.

  c. The Parties shall each bear their own costs and attorneys' fees incurred in connection with this action.

  d. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  May 31, 2022

[signature]
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE